MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendants
ANABEL Z. ROMERO, Court Executive Officer of the Superior Court of California, County of San Bernardino; and DAVID W. SLAYTON, Court Executive Officer of the Superior Court of California, County of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI LESCHES,<br><br>    Plaintiff,<br><br>v.<br><br>ANABEL ROMERO, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00524 KK-SP<br>Judge: Hon. Kenly Kiya Kato<br><br>**STIPULATION OF DISMISSAL OF ACTION**<br><br>Complaint Filed: March 11, 2024 |

# **RECITALS**

WHEREAS, on March 11, 2024, Plaintiff Levi Lesches ("Plaintiff") filed the above-captioned action against Defendants Anabel Z. Romero ("Romero"), Court Executive Officer of the Superior Court of California, County of San Bernardino, and David W. Slayton ("Slayton"), Court Executive Officer of the Superior Court of California, County of Los Angeles (collectively, "Defendants");

WHEREAS, Plaintiff's complaint seeks, amongst other matters, declaratory relief under 22 U.S.C. § 2201 and injunctive relief under 42 U.S.C. § 1983 against Romero and Slayton regarding the alleged applicability of California Code of Civil Procedure sections 411.20 and 411.21 to a "first paper" that is electronically filed through an electronic filing service provider;

WHEREAS, on September 23, 2024, the Presiding Judge of the Superior Court of California, County of San Bernardino adopted General Order #GO24-029, *In re: Rejection of Document Submitted for Electronic Filing Due to Deficiency of Required Fees*;

WHEREAS, on October 25, 2024, Defendants filed an answer to the complaint;

WHEREAS, on November 5, 2024, Plaintiff filed a Notice of Settlement;

WHEREAS, pursuant to the stipulation of the parties, the Court dismissed the action against Romero without prejudice under Federal Rule of Civil Procedure 41(a)(2) on November 6, 2024;

WHEREAS, on November 6, 2024, the Court also placed the action on inactive status for 90 days until February 4, 2025;

WHEREAS on January 29, 2025, the Presiding Judge of the Superior Court of California, County of Los Angeles adopted General Order 2025–GEN–012–00, *In re Rejected Electronic Filings Due to Deficiency of Required First Filing Fee*;

///

///

WHEREAS, in light of the adoption of General Order 2025–GEN–012–00, the parties agree that the entire action, including, but not limited to, the remaining claims against Slayton, shall be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that the parties shall bear their own costs.

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through Defendants' counsel of record, Matthew L. Green of Best Best & Krieger LLP, that the above-captioned action shall be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that the parties shall bear their own costs.

Dated: January 31, 2025

By: /s/ Levi Lesches
LEVI LESCHES

Dated: January 31, 2025   BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendants
ANABEL Z. ROMERO, Court Executive Officer of the Superior Court of California, County of San Bernardino; and DAVID W. SLAYTON, Court Executive Officer of the Superior Court of California, County of Los Angeles

Levi Lesches v. Anabel Z. Romero; David W. Slayton
United States District Court, Central District of California,
Eastern Division, Case No. 24-cv-00524 KK (SPx)

## **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On January 31, 2025, I served a copy of the within document(s):

    STIPULATION OF DISMISSAL OF ACTION

[X] **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 31, 2025, at San Diego, California.

_____
Lisa Atwood

- 1 -

25508.00158\42150803.1